**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 15 2018

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

JAMES W McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:18-CV-766-BRW-BD

Jury Trial: ☑ Yes ☐ No
(Check One)

I.    Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: Michael otis Robertson
      ADC # SO 106563

      Address: _____

      Name of plaintiff: _____
      ADC # _____

      Address: _____

      This case assigned to District Judge Wilson
      and to Magistrate Judge Deere

      Name of plaintiff: _____
      ADC # _____

      Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: Charles Doc Hoilday

      Position: Sheriff / warden

      Place of employment: pulaski County detention center

      Address: 3201 w. Roosevelt Road Little Rock Ark 72204

      Name of defendant: _____

      Position: _____

-4-

Place of employment: _Pulaski County_____

Address: _3201 W. Roosevelt Rd. Little Rock AR, 7220a_

Name of defendant: _Turn Key Health_____

Position: _Medical_____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.   Are you suing the defendants in:

☐   official capacity only
☐   personal capacity only
☑   both official and personal capacity

III.  Previous lawsuits

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No _✓_

B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐   Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

- 5 -

☐     Court (if federal court, name the district; if state court, name the county):

_____

☐     Docket Number: _____

☐     Name of judge to whom case was assigned: _____

☐     Disposition: (for example: Was the case dismissed?  Was it appealed?
Is it still pending?) _____

☐     Approximate date of filing lawsuit: _____

☐     Approximate date of disposition: _____

IV.    Place of present confinement: _____

_____

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion
of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a
prisoner grievance procedure in the Arkansas Department of Correction, and in several county
jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in
this complaint may result in the dismissal without prejudice of all the claims raised in this
complaint.

A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _____    No _____

B.    Did you completely exhaust the grievance(s) by appealing to all levels within the
grievance procedure? yes

-6-

Yes ___✓___   No _____

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

I had been shot by Eddie Gillum on 01-3-15 and then when I made it to the pulaski county jail on pending charges, they put me in the unit with him, and then they put me in the unit again after we had already had a fight. He then was able to stab me in my head and back. This is a medical issue because I have never healed from the two stabings. I wasn't gave any pain medication they put something on it and put me in the T-Unit. I wont remdy for pain and suffering until this day for lack of medical Treatment I have headache's that come and dont stop for hours. my back is also still injured. I'm at the jail now and they not helping with the pain at all

-7-

VIII.   Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I wont to sue the pulaski County jail and the medical care policy. Because Im injured from a error they did and they not helping me with medical issues now, I wont $250,000 dollars.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this **13** day of **September**, 20**18**.

_____

_____

*Michael Robertson*

Signature(s) of plaintiff(s)

# SICK CALL REQUEST FORM

INMATE NAME: Michael Robertson DOB: 07-08-83 INMATE NUMBER: 106563

DATE: 09-23-18 FACILITY: Pulaski county LOCATION/POD: K-308

REASON FOR REQUEST:

The medical yall trying to give do not work for a headache's that come And don't stop please can I get some Topamax I really need it please:

1. INMATES ACCESSING MEDICAL, MENTAL HEALTH, DENTAL OR PHARMACEUTICAL SERVICES WILL BE CHARGED IN ACCORDANCE WITH ARKANSAS STATUTES.

2. INMATES WILL NOT BE DENIED MEDICAL CARE DUE TO THE INABILITY TO PAY OR DUE TO INSUFFICIENT FUNDS IN THEIR INMATE ACCOUNT.

3. FEES FOR MEDICAL SERVICES WILL BE DEDUCTED DIRECTLY FROM AN INMATE'S ACCOUNT. IF THERE ARE INSUFFICIENT FUNDS IN THE ACCOUNT, THE FEES WILL BE DEBITED AND THE ACCOUNT WILL SHOW A NEGATIVE BALANCE. ANY MONEY DEPOSITED INTO AN ACCOUNT WITH A NEGATIVE BALANCE WILL BE USED TO SATISFY THE DEBT WITH THE FACILITY PRIOR TO BEING AVAILABLE FOR COMMISARY SERVICES.

INMATE SIGNATURES ARE REQUIRED PRIOR TO SUBMITTING REQUESTS, AND SIGNATURES ACKNOWLEDGE UNDERSTANDING THE SICK CALL PROCESS.

_Michael Robertson_               09-23-18
INMATE SIGNATURE                       DATE

***MEDICAL STAFF USE ONLY BELOW THIS BOX***

RECEIVED BY MEDICAL:

_S Humphrey LPN_               9/23/18
MEDICAL SIGNATURE                     DATE/TIME

ACTION TO BE TAKEN:

☐ SCHEDULE FOR SICK CALL   ☒ SCHEDULE FOR PROVIDER CLINIC   ☐ WRITTEN RESPONSE TO INQUIRY

☐ OTHER: _____

MEDICAL RESPONSE:

On Intake we were unable to verify your meds. So you will have to see the provider about meds. I have scheduled you-

_H Harrison LPN_               9/24/18  1045
MEDICAL SIGNATURE                     DATE/TIME

**TURN KEY HEALTH**                          ARKANSAS

PULASKI COUNTY REGIONAL DETENTION CENTER

| MEDICAL INMATE REQUEST FORM |
| --- |

This form is for obtaining information from medical. You may request to review your medical records, ask a general question, check on the status of referred appointment for outside services, mental health or dental. It is not to avoid the sick call process. If you have a medical issue it must still go through the sick call process. Only one issue per request form.

Inmate Name: Michael Robertson                Date of Birth: 07-03-83

Barracks: K 36 P  BI# 106563                Date of Request: 09-20-18

Question: I need my old in new medical History please

Inmate Signature:

Medical Response: you may obtain medical records after released

Medical Signature:

Michael Robertson
3201 W. Roosevelt Rd
Little Rock AR; 72204



Pro Se Clerk
600 West Capitol Avenue,
Little Rock, Arkansas 7220