IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MICHAEL OTIS ROBERTSON**                                                                 **PLAINTIFF**

**V.**                       **CASE NO. 4:18-CV-766-BRW-BD**

**DOC HOILDAY,** *et al.*                                                                **DEFENDANTS**

### RECOMMENDED DISPOSITION

**I.     Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Billy Roy Wilson. Mr. Robertson is free to file written objections to this Recommendation if he disagrees with its conclusion. Objections should be specific and should include the factual or legal basis for the objection. And to be considered, his objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Wilson can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Robertson may waive the right to appeal questions of fact.

**II.    Discussion:**

Michael Otis Robertson, formerly an inmate at the Pulaski County Regional Detention Facility ("Detention Facility"), filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) The Court requires plaintiffs who are not represented by counsel to keep the Court informed as to their current address. Local Rule 5.5.

On January 15, 2019, Mr. Robertson was given thirty days to notify the Court of his current address, after mail sent to him from the Court was returned as undeliverable. (#15) The Court specifically cautioned Mr. Robertson that his claims could be dismissed if he failed to comply with the Order. To date, Mr. Robertson has failed to comply with the Court's Order, and the time for doing so has passed.

### III. Conclusion:

The Court recommends that Mr. Robertson's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's January 15, 2019 Order and his failure to prosecute this lawsuit.

DATED this 19th day of February, 2019.

_____
UNITED STATES MAGISTRATE JUDGE