# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

MICHAEL OTIS ROBERTSON                                          PLAINTIFF

V.                          4:18-CV-00766-BRW-BD

DOC HOLIDAY, *et al.*                                           DEFENDANTS

## ORDER

I have received a Recommended Disposition (Doc. No. 17) filed by Magistrate Judge Beth Deere. Mr. Robertson has not filed objections. After careful review of the Recommendation, I approve and adopt the Recommendation in all respects.

Accordingly, Plaintiff's claims are DISMISSED, without prejudice, based on his failure to comply with the January 15, 2019 Order. Although he filed an Amended Complaint on February 25, 2019, he still has not identified the parties who allegedly violated his constitutional rights. Plaintiff's Motion for Status Update (Doc. No. 20) is DENIED as MOOT.

The Clerk of the Court is directed to update Plaintiff mailing address with the address that appears on his February 28, 2019 motion, and mail this Order to that address.

IT IS SO ORDERED, this 11th day of March, 2019.

                                                  Billy Roy Wilson_____
                                                 UNITED STATES DISTRICT JUDGE