# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MICHAEL OTIS ROBERTSON**                                                                    **PLAINTIFF**

**V.**                               **4:18-CV-00766-BRW-BD**

**DOC HOLIDAY,** *et al.*                                                             **DEFENDANTS**

## JUDGEMENT

Based on the order entered today, this case is DIMSISSED without prejudice.

IT IS SO ORDERED, this 11th day of March, 2019.

                                                                   Billy Roy Wilson_____
                                                                    UNITED STATES DISTRICT JUDGE